```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

ELGIN SWEEPER, Company,          )
                                 )
            Plaintiff,           )         4:08CV3024
                                 )
      V.                         )
                                 )
HASTINGS STATE BANK,             )         ORDER
                                 )
            Defendant.           )
                                 )

IT IS ORDERED:

1. The plaintiff's unopposed motion for leave to file and amended complaint, filing 10, is granted.

2. The plaintiff's amended complaint, a copy of which is attached to his filing 10 motion, shall be filed on or before April 4, 2008.

DATED this 31st day of March, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge